Earnest Edward VAUGHN, Plaintiff–Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Perry Correctional Institution; Mr. Adams, mail room employee; Mr. Rumph, mail room employee, Defendants–Appellees.

No. 02–6451.

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

Earnest Edward Vaughn, Appellant Pro Se. James Victor McDade, Doyle &

O'Rourke, Anderson, South Carolina, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Earnest Edward Vaughn appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Vaughn v. South Carolina Dep't of Corr.*, No. CA–00–3144 (D.S.C. Feb. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*